The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-174 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |
| ALBERTO CRUZ-REYES, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion (Dkt. # 413) is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before February 26, 2021, Defendant may file a reply no later than March, 5, 2021, and the motion should be re-noted for March 5, 2021, unless the parties reach a different agreement regarding briefing.

DATED this 19th day of February, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE /
*United States v. Cruz-Reyes,* CR18-174 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970