The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. ALBERTO CRUZ-REYES, Defendant. | NO. CR18-174 RAJ<br><br>ORDER SETTING AMENDED BRIEFING SCHEDULE |
|---|---|

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed amended briefing schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion (Dkt. # 416) is GRANTED. The briefing schedule shall be as follows:

a. Any amended or supplement motion by counsel on behalf of the defendant should be filed on or before March 31, 2021;

b. The government's response to the motion should be filed on or before April 14, 2021;

c. Any reply should then be filed on or before April 26, 2021, and the matter noted for that date.

DATED this 26th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING AMENDED BRIEFING SCHEDULE/
*United States v. Cruz-Reyes,* CR18-174 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970