The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ALBERTO CRUZ-REYES,

Defendant.

NO.  CR18-174 RAJ

AMENDED ORDER SETTING
AMENDED BRIEFING SCHEDULE

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed amended briefing schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion (Dkt. # 416) is GRANTED.  The briefing schedule shall be as follows:

a.     Any amended or supplement motion by counsel on behalf of the defendant should be filed on or before March 31, 2021;

b.     The government's response to the motion should be filed on or before April 14, 2021;

c.     Any reply should then be filed on or before April 16, 2021, and the matter noted for that date.

DATED this 27th day of February, 2021.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

AMENDED ORDER SETTING AMENDED BRIEFING SCHEDULE/
*United States v. Cruz-Reyes*, CR18-174 RAJ - 1