The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO CRUZ REYES,<br><br>Defendant. | NO. CR18-174 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. # 431) is GRANTED. Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) shall remain under seal.

DATED this 14th day of April, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Cruz Reyes,* CR18-174 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970